CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 03 2018

JULIA C. DUDLEY, CLERK
BY: H McDonagh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WALTER STEVEN WILSON, JR., | ) | Civil Action No. 7:17-cv-00435 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Jackson L. Kiser |
| JERRY WOLFE, et al, | ) | Senior United States District Judge |
| Defendant(s). | ) | |

Walter Steven Wilson, Jr., proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered on March 7, 2018, the court directed plaintiff to submit within 10 days from the date of the Order the full filing fee because the plaintiff was no longer subject to the provisions of the Prisoner Litigation Reform Act or to otherwise respond. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Instead, he filed a letter asking for assistance from the United States Marshal Service and Federal Bureau of Investigations to recover his identity that was stolen as a consequence of some event involving a pin, a birth certificate, and the Social Security Administration. Because Plaintiff's letter is non-responsive to the court's order, the court dismisses the action without prejudice and strikes the case from the active docket. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

ENTER: This 3rd day of April, 2018.

Jackson L. Kiser
Senior United States District Judge