IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WALTER STEVEN WILSON, JR., )<br>    Plaintiff, ) | Civil Action No. 7:17-cv-00435 |
| v. ) | **DISMISSAL ORDER** |
| JERRY WOLFE, et al, )<br>    Defendant(s). ) | By:   Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 3rd day of April, 2018.

                                                /s/ Jackson L. Kiser
                                                Senior United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 03 2018
JULIA C. DUDLEY, CLERK
BY: /s/ H. McDaniel
DEPUTY CLERK